COMMONWEALTH of Pennsylvania,
Respondent

v.

Jeffery MASSI, Petitioner

No. 341 EAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

### ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Donohue did not participate in the consideration or decision of this matter.